JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jose Alexander Hoyes-Zamora,<br>Petitioner,<br>v.<br>Markwayne Mullin et al.,<br>Respondents. | Case No. 5:26-cv-02808-AYP<br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is DENIED as a successive petition.

Dated: October 13, 2026

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE